

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00095-CV

| | | |
|---|---|---|
| DEBBIE PERALES; ROBIN HAWKINS; SUZANNE LEOS; CRYSTAL CHAVEZ; JILL HIATT; URSULA CUI; SHAWNA GOFFNEY; AMBER MCMILLAN; LARAMIE RIVERA; AND LUIS TROCHEZ, Appellants<br><br>V.<br><br>KRISTIN NEWMAN, Appellee | § <br><br>§ <br><br>§ <br><br>§ | On Appeal from the 348th District Court<br><br>of Tarrant County (348-334149-22)<br><br>August 31, 2023<br><br>Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error. It is ordered that the trial court did not err in permitting Appellants' motions to dismiss under the Texas Citizens' Participation Act to be overruled by operation of law.

It is further ordered that Appellants shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel